# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Maria Valdez | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 733- ALL | **DATE** | 11/6/2007 |
| **CASE TITLE** | USA vs. Olubunmi Masha, et al | | |

**DOCKET ENTRY TEXT**

Arrest Warrant issued as to Olubunmi Masha (1) and Olabisi Adeyemi-Bajo (2). Enter Order granting Government's motion to seal complaint, affidavit, and arrest warrant until and including 12/6/07, or until the execution of the arrest warrant, whichever comes first.

■ [ For further detail see separate order(s).]            Docketing to mail notices.

| | Courtroom Deputy Initials: | yp |
|---|---|---|