UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v.  ) <br> ) <br> OLUBUNMI MASHA (aka Massa) and ) <br> OLABISI ADEYEMI-BAJO (aka Moni) ) <br> ) | No.   07 CR 733 <br><br> Maria Valdez <br> United States Magistrate Judge |

### ORDER

It is hereby ORDERED that the Complaint, Affidavit, and Arrest Warrant in this matter, all dated November 6, 2007, are hereby SEALED until and including December 6, 2007, or until the execution of the Arrest Warrant, whichever comes first.

ENTER:

_____
MARIA VALDEZ
United States Magistrate Judge

Dated: November 6, 2007