Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Maria Valdez | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 CR 733 - ALL | DATE | 11/8/2007 |
| CASE TITLE | USA vs. Olubunmi Masha, et al | | |

**DOCKET ENTRY TEXT**

Enter Order Granting Government's Motion to Unseal Complaint, Affidavit, and Arrest Warrant.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | yp |
|---|---|---|