UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No.   07 CR 733 |
| v. | ) | Maria Valdez |
| OLUBUNMI MASHA (aka Massa) and OLABISI ADEYEMI-BAJO (aka Moni) | ) | United States Magistrate Judge |

### ORDER

It is hereby ORDERED that the Complaint, Affidavit, and Arrest Warrant in this matter, all dated November 6, 2007, are hereby UNSEALED.

ENTER:

_____
MARIA VALDEZ
United States Magistrate Judge

Dated: November 8, 2007