FILED
KC
DEC 2 0 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

**DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS**

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints? NO ☐ YES X   If the answer is "Yes", list the case number and title of the earliest filed complaint:
   07 CR 733, U.S.A. v Masha Valdez   **JUDGE SHADUR**

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations?
   NO X   YES ☐   If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

3) Is this a re-filing of a previously dismissed indictment or information?   NO X   YES ☐
   If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court?
   NO X   YES ☐   If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District?   NO X   YES ☐

6) What level of offense is this indictment or information?   **FELONY X   MISDEMEANOR ☐**

7) Does this indictment or information involve eight or more defendants?   NO X   YES ☐

8) Does this indictment or information include a conspiracy count?   NO ☐   YES X

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

   ☐ Homicide ............ (II)         ☐ Income Tax Fraud ........ (II)         ☐ DAPCA Controlled Substances .. (III)
   ☐ Criminal Antitrust ....... (II)    ☐ Postal Fraud ........... (II)          X Miscellaneous General Offenses .. (IV)
   ☐ Bank robbery .......... (II)       ☐ Other Fraud ........... (III)          ☐ Immigration Laws ........... (IV)
   ☐ Post Office Robbery .... (II)      ☐ Auto Theft ........... (IV)            ☐ Liquor, Internal Revenue Laws ... (IV)
   ☐ Other Robbery ........ (II)        ☐ Transporting Forged Securities . (III) ☐ Food & Drug Laws .......... (IV)
   ☐ Assault .............. (III)       ☐ Forgery ............ (III)             ☐ Motor Carrier Act .......... (IV)
   ☐ Burglary ............ (IV)         ☐ Counterfeiting ........ (III)          ☐ Selective Service Act ........ (IV)
   ☐ Larceny and Theft ..... (IV)       ☐ Sex Offenses ......... (II)            ☐ Obscene Mail ........... (III)
   ☐ Postal Embezzlement .... (IV)      ☐ DAPCA Marijuana ........ (III)         ☐ Other Federal Statutes ....... (III)
   ☐ Other Embezzlement .... (III)      ☐ DAPCA Narcotics ........ (III)         ☐ Transfer of Probation Jurisdiction . (V)

10) List the statute of each of the offenses charged in the indictment or information.

    18 U.S.C. § 371
    31 U.S.C. § 5324(a)(3)
    18 U.S.C. § 1960

    _____
    Barry Rand Elden
    Assistant United States Attorney

(Revised 12/99)