Minute Order Form (rev. 4/99)

### UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| Name of Assigned Judge or Magistrate Judge | **JUDGE SHADUR** | Sitting Judge if Other Than Assigned Judge | **MAGISTRATE JUDGE VALDEZ** |
|---|---|---|---|
| CASE NUMBER | 07 CR 733 | DATE | **DECEMBER 20, 2007** |
| CASE TITLE | US v. OLUBUNMI MASHA | | |

Motion: (In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd-party plaintiff, and (b) state briefly the nature of the motion being presented.)

### GRAND JURY PROCEEDING

The Grand Jury for the ___SPECIAL JUNE 2007___ Session, a quorum being present,
returns the above entitled indictment in open Court this date before

Judge or Magistrate Judge _____

Docket Entry:

**NO BOND SET; DETAINED BY MAGISTRATE.**

KC **FILED**

DEC 2 0 2007
DEC 20 2007
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

SIGNATURE OF JUDGE _____   (ONLY IF FILED
OR MAGISTRATE JUDGE                          UNDER SEAL)

| | | | | Number of notices | DOCKET# |
|---|---|---|---|---|---|
| No notices required, advised in open court. | | | | | |
| No notices required. | | | | Date docketed | |
| Notices mailed by judge's staff. | | | | Docketing | |
| Notified counsel by telephone. | | | | dpty. initials | |
| Docketing to mail notices | | | | Date mailed | |
| Mail AO 450 form. | | | | notice | |
| Copy to judge/magistrate judge. | | | | Mailing | |
| | Courtroom Deputy Initials | | Date/time received in Central Clerk's office | dpty. initials | |