# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

UNITED STATES OF AMERICA

                          Plaintiff,

v.                                                    Case No.: 1:07−cr−00733
                                                            Honorable Milton I. Shadur

Olubunmi Masha, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 3, 2008:

      MINUTE entry as to Olubunmi Masha before Judge Milton I. Shadur : Arraignment not held. Defendant wishes to retain counsel. Arraignment set for 1/16/2008 at 01:30 PM. Time is excluded beginning December 20, 2007 through January 16, 2008 under 18:3161(h)(8)(a) and (b)(4) of the Speedy Trial Act.Mailed notice (srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.