UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07 CR 733 |
| | ) | Judge Shadur |
| | ) | |
| OLUBUNMI MASHA | ) | |
| Defendant. | ) | |

### NOTICE OF MOTION

TO:  Barry Elden
     Assistant United States Attorney
     219 S. Dearborn
     Fifth Floor
     Chicago, Illinois 60602

   PLEASE TAKE NOTICE that on January 16, 2008 at 2:15 p.m., the undersigned will appear before Judge Milton I. Shadur, United States District Court for the Northern District of Illinois, 219 S. Dearborn, Room 2303, Chicago, Illinois and present the following Motion: **Defendant's Motion for Release from Custody**, a copy of which is hereby served upon you.

                                    /s/ Scott J. Frankel
                                    Attorney for Defendant

SCOTT J. FRANKEL
Frankel & Cohen
77 W. Washington, Suite 1720
Chicago, Illinois 60602
(312) 759-9600

### PROOF OF SERVICE

SCOTT J. FRANKEL, an attorney, certifies that he served a copy of the foregoing document by CM/ECF e-filing on January 11, 2008 on the above named individual prior to 5:00 p.m.

                                    /s/ Scott J. Frankel