# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 733 | **DATE** | 1/16/2008 |
| **CASE TITLE** | USA vs. Olubunmi Masha | | |

**DOCKET ENTRY TEXT**

Arraignment held. Defendant enters a plea of not guilty to all charges. LR 16.1 to be completed by February 15, 2008. Defense motions are due February 29, 2008. Government's response is due March 14, 2008. A status hearing is set for March 28, 2008 at 2:00 p.m. Defendant's motion for release is entered and continued generally. Time is excluded beginning today through March 28, 2008 under 18:3161(h)(1) and the Tibboel case. (XE)

Docketing to mail notices.

00:20

| | Courtroom Deputy Initials: | SN |
|---|---|---|

Case 1:07-cr-00733     Document 22     Filed 01/16/2008     Page 1 of 1

07CR733 USA vs. Olubunmi Masha     Page 1 of 1