## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
## Eastern Division

UNITED STATES OF AMERICA

                      Plaintiff,

v.                                          Case No.: 1:07−cr−00733
                                                                  Honorable Milton I. Shadur

Olubunmi Masha, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 29, 2008:

      MINUTE entry as to Olubunmi Masha before Judge Milton I. Shadur :Motion for release from custody [19] is granted as to Olubunmi Masha. Defendant is allowed to be released from custody upon the posting of a quit claim deed. Counsel will contact this Court's minute clerk once the paperwork has been completed. (1); Status hearing held on 2/29/2008. Defense motions due by 3/28/2008. Government's response is due April 11, 2008. The March 28 status date is vacated. Status hearing set for 4/18/2008 at 02:00 PM. Time continues to be excludable through April 18, 2008. Mailed notice (srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.