UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

UNITED STATES OF AMERICA
                              Plaintiff,

v.                                         Case No.: 1:07−cr−00733
                                           Honorable Milton I. Shadur

Olubunmi Masha, et al.
                              Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 28, 2008:

    MINUTE entry as to Olubunmi Masha before Judge Honorable Milton I. Shadur:Defendant's Motion for extension of time to file pretrial motions to and including April 18, 2008 [30] is granted as to Olubunmi Masha (1)Government's response is due on or before May 2, 2008. ( Status hearing set for 5/8/2008 at 01:15 PM.) Time continues to be excludable through 5/8/08. (XE) Mailed notice (srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.