UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 07 CR 733 |
| | ) | |
| v. | ) | Judge Milton I. Shadur |
| | ) | |
| OLUBUNMI MASHA , | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF UNOPPOSED MOTION

To:   Barry Elden
   AUSA
   219 S. Dearborn St., 5th Floor
   Chicago, IL 60604

   PLEASE TAKE NOTICE, on Tuesday, April 22, 2008, at 9:15 a.m. or as soon thereafter as may be heard, we shall appear before the Honorable Judge Shadur in the courtroom usually occupied by him, at the U.S. District Court for the Northen District of Illinois and present the attached Unopposed Motion .

                                          s/ Scott J. Frankel
                                          Scott J. Frankel

Scott J. Frankel
Frankel & Cohen
77 W. Washington, Ste. 1720
Chicago, IL 60602
(312) 759-9600


## CERTIFICATE OF SERVICE

   I, Scott J. Frankel, an attorney, certify that a copy of the attached Notice of Motion and Motion were served on the above-named individual by the District Court's electronic filing system on April 18, 2008.

                                          s/ Scott J. Frankel
                                          Scott J. Frankel