IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHER DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 07 CR 733 |
| ) | |
| v. ) | Judge Milton I. Shadur |
| ) | |
| OLUBUNMI MASHA , ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT MASHA'S MOTION FOR PRODUCTION OF 404(b) MATERIAL**

Defendant, Olubunmi Masha, by and through her attorney, Scott J. Frankel, pursuant to Rule 404(b) of the Federal Rules of Evidence, as well as the Due Process and Effective Assistance of Counsel provisions of the Fifth and Sixth Amendments to the Constitution of the United States, respectfully moves this Court to require the government to disclose all allegedly similar crimes, wrongs or acts allegedly committed by Defendant on which it intends to rely at trial to prove motive, scheme, opportunity, intent, preparation, plan, knowledge, identity, or absence of mistake, or accident.

In support of this motion, Defendant states as follows:

1. Defendant requests that this Court enter an order requiring the government to disclose immediately the following particulars of any "other crimes" evidence:

    a. The dates, times, places, and persons involved in said crimes, wrongs, or acts;

    b. A detailed description of said crimes, wrongs, or acts;

    c. The statements of each participant in said other crimes, wrongs, or acts;

   d. The documents which contain evidence of said other crimes, wrongs, or acts, including a statement describing when the documents were prepared, by whom the documents were prepared, and who has had possession of the documents since the alleged commission of the crimes, wrongs, or acts; and,

   e. A statement of the issue or issues to which the government believes such other crimes, wrongs, or acts evidence may be relevant under the Fed. R. Evid. 404(b).

 2. This request includes evidence that the government intends to use in any fashion whatsoever, including, but not limited to, use in cross-examination, rebuttal and its case-in-chief.

 3. Rule 404(b) requires reasonable notice in advance of trial of the general nature of any such evidence the government intends to introduce at trial. While Rule 404(b) provides neither a specific time of notice nor a specific form of notice, the advisory committee notes to the 1991 amendment make clear that the time and form of disclosure depend largely on the circumstances of the particular case. *See also, United States v. Perez-Tosta,* 36 F.3d 1552 (11th Cir. 1994).

 4. Counsel submits that in order to adequately prepare for trial and effectively represent Defendant at trial, counsel will need to be provided with notice of the government's intent to rely on 404(b) material at least thirty (30) days in advance of trial.

WHEREFORE, based on the foregoing, Defendant respectfully moves this Court for the entry of an order requiring the government to give notice of its intent to use 404(b) material at least thirty (30) days in advance of trial.

                                      Respectfully submitted,

                                      **s/ SCOTT J. FRANKEL**
                                      Attorney for Guillermo Rivera

Scott J. Frankel
Frankel & Cohen
77 W. Washington St., Suite 1720
Chicago, Illinois 60602
(312) 759-9600

May 9, 2008