UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 07 CR 733 |
| | ) | |
| v. | ) | Judge Milton I. Shadur |
| | ) | |
| **OLUBUNMI MASHA ,** | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF FILING

TO: Barry Rand Elden
Assistant United States Attorney
219 S. Dearborn
Fifth Floor
Chicago, Illinois 60602

PLEASE TAKE NOTICE that on May 9, 2008 the undersigned filed the following documents in the United States District Court for the Northern District of Illinois, 219 S. Dearborn, Chicago, Illinois, a copy of which is served upon you.

1. Motion to Disclose Identity of Confidential Informant
2. Motion for Production of 404(b) Material
3. Motion for Immediate Disclosure of Favorable Evidence

/s/ Scott J. Frankel
SCOTT J. FRANKEL
Attorney for Defendant

SCOTT J. FRANKEL
Frankel & Cohen
77 W. Washington, Suite 1720
Chicago, Illinois 60602
(312) 759-9600

### PROOF OF SERVICE

SCOTT J. FRANKEL, an attorney, certifies that he served a copy of the foregoing document by CM/ECF e-filing on May 9, 2008 on the above named individual prior to 5:00 p.m.

/s/ Scott J. Frankel