UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

UNITED STATES OF AMERICA
                                             Plaintiff,

v.                                            Case No.: 1:07−cr−00733
                                              Honorable Milton I. Shadur

Olubunmi Masha, et al.
                                             Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 30, 2008:

    MINUTE entry before the Honorable Milton I. Shadur:Motion for disclosure [36] is denied without prejudice as to Olubunmi Masha (1); Motion for disclosure [37] is denied without prejudice. Motion for disclosure [38] is granted, to be produced 3 weeks before trial. Motion hearing held on 5/30/2008. Status hearing set for 6/27/2008 at 01:15 PM. Time is excluded from May 28 through June 27 under 18:3161(h)(8)(a) and (b)(2). Mailed notice (srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.