**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

UNITED STATES OF AMERICA
                       Plaintiff,

v.                                           Case No.: 1:07−cr−00733
                                                                             Honorable Milton I. Shadur

Olubunmi Masha, et al.
                       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 30, 2008:

      MINUTE entry before the Honorable Milton I. Shadur:At the request of counsel the Status hearing is reset for 8/18/2008 at 01:00 PM. Time continues to be excludable through August 18, 2008. Mailed notice (srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.